UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| ELIZABETH PACKARD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 09-38-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| FUQING YONGCHAO SHOES | ) | **FINAL JUDGMENT** |
| LEATHER GOODS CO., LTD., et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with Rule 55(b) of the Federal Rules of Civil Procedure and pursuant to the findings contained in the Memorandum Opinion entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1) Judgment by default is entered in favor of Plaintiff Elizabeth Packard with respect to all claims raised herein against Defendant Fuqing Yongchao Shoes Leather Goods Co., Ltd.

(2) Fuqing Yongchao Shoes Leather Goods Co. is liable to Packard for damages in the sum of three thousand five hundred eighty-one dollars and twenty-six cents ($3,581.26).

(3) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

(4) All issues now having been resolved, this action is **DISMISSED** from the Court's active docket.

This 14th day of July, 2011.



Signed By:
*Danny C. Reeves* DCR
United States District Judge